NOTE.—The point feems fettled that judgment may be 9 *Rep.* 71, 11. given on fuch conviction. However in this cafe there was *Rep.* 61—2. no occafion for any decifion of ours, as the woman was 1 *Hale P. C.* acquitted. 46. *Woods's Inft.* 345.

# WASHINGTON COUNTY,

## January Term, 1792.

### ALEXANDER FULTON *v.* WILLIAM IRWIN.

ON a motion to fet afide a *testatum ca. fa.* to *Frank-* 1792. *lin* county, for want of a preceding *ca. fa.* to this county, the court did not fet it afide.* But on motion they ordered the plaintiff to account for the full value

* All the decided cafes have given way to the exception, *Dal.* 333. while, at the fame time, they have held it completely an- 2 *Bla. Rep.* fwered by the production of an original, notorioufly taken 694. out, after the motion has been made. Why not as well 2 *Salk.* 590, 3 *T. Rep.* 383.

1792. of notes, the property of the defendant, taken in execution, and bought by the plaintiff at sheriff's sale, for a less sum than was due on the notes.†

overlook the exception at once, and save the expence and delay? In this case the prothonotary who signed the *testatum* had gone out of office, before the motion to set it aside was made.

*Ca. temp. Ld. Hardw.* 53. *Dig. of adjudged cases,* 594.

† I know not what has generally been the practice in *Pennsylvania* as to attaching or seizing debts. In *England,* it was held that bank notes were not seizable.